UNITED STATES of America,
Plaintiff–Appellee,

v.

Tyron Shain TARRANT, Defendant–
Appellant.

No. 05–41781
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

Maureen Clancy Smith, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Sherman, TX, for Plaintiff–Appellee.

Gerald W. Cobb, Philips & Hopkins, Denton, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Tyron Shain Tarrant has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Tarrant received a copy of counsel's motion but filed no response. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.